**NATHANIEL CLARK, ESQ.**
Nathaniel Clark, Esq. (Bar No. 276621)
lawyer@injuryesquire.com
16388 Colima Road, #206H
Hacienda Heights, CA 91745
Telephone: (626) 673-5180
**KEOGH LAW, LTD**
TIMOTHY J. SOSTRIN (*pro hac vice*)
TSostrin@KeoghLaw.com
55 W. Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
Fax: (312) 726-1093
*Attorneys for Plaintiff Terry Fabricant*

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@KRInternetLaw.com
Liana W. Chen (Bar No. 296965)
liana@KRInternetLaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
*Attorneys for Defendant Merchant Industry, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiff | ) Case No. 2:19-cv-03313-PSG-JPR ) ) |
| v. | ) ) **STIPULATION OF DISMISSAL** |
| MERCHANT INDUSTRY, LLC, a New York Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

| For Plaintiff Terry Fabricant: | For Defendant Merchant Industry, LLC: |
|---|---|
| **KEOGH LAW, LTD**<br>By: /s/ Timothy J. Sostrin<br>Timothy J. Sostrin (PHV)<br><br>**NATHANIEL CLARK, ESQ.**<br>By: /s/ Nathaniel Clark<br>Nathaniel, Clark | **KRONENBERGER ROSENFELD, LLP**<br>By: /s/ Liana W. Chen<br>Liana W. Chen |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### E-FILING SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify all of the signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**KEOGH LAW, LTD**
By: /s/ Timothy J. Sostrin
Timothy J. Sostrin (PHV)

2
STIPULATION OF DISMISSAL
2:19-CV-3313-PSG-JPR